Gary D. Sharp (SBN 116216)
gsharp@foleymansfield.com
T. Eric Sun (SBN 187486)
esun@foleymansfield.com
Jocelyn M. Soriano (SBN 201169)
jsoriano@foleymansfield.com
Andrew L. Sharp (SBN 292541)
asharp@foleymansfield.com
**FOLEY & MANSFIELD, PLLP**
2185 North California Boulevard, Suite 575
Walnut Creek, CA  94596
Telephone:  (510) 590-9500
Facsimile:  (510) 590-9595

Attorneys for Defendant
**THE J.R. CLARKSON COMPANY LLC**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KUNTZ, as Successor-in-Interest to and as Wrongful Death Heir of WILLIAM KUNTZ, Deceased; and ANNIE GRAYE, JENNIE MARTIN and SARA THORNTON, as Wrongful Death Heirs of WILLIAM KUNTZ, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case No:  3:21-cv-06935-JCS<br><br>*[Assigned to Hon. Joseph C Spero, Crt. F]*<br><br>**DEFENDANT THE J.R. CLARKSON COMPANY LLC'S RULE 7.1 DISCLOSURE STATEMENT** |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Defendant, The J.R. Clarkson Company LLC (hereinafter "J.R. Clarkson") states as follows:

1. J.R. Clarkson is a Nevada limited liability company, which is an indirect wholly owned subsidiary of Emerson Electric Co. Emerson Electric Co. is a publicly traded corporation whose principal place of business is 8100 W. Florissant, St. Louis, MO 63136.

2. Emerson Final Control US Holding LLC, a Texas limited liability company, is J.R. Clarkson's sole member.  Emerson Final Control US Holding LLC's sole member is Flow Control US Holding Corporation, a Delaware Corporation whose principal place of business is 8100 W. Florissant, St. Louis, MO 63136.

3. The undersigned, counsel of record for J.R. Clarkson, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    a. Emerson Electric Company;

    b. Emerson Final Control US Holding LLC;

    c. Flow Control US Holding Corporation.

Dated:  September 9, 2021     **FOLEY & MANSFIELD, PLLP**

By:   */s/ Jocelyn M. Soriano*
Gary D. Sharp
T. Eric Sun
Jocelyn M. Soriano
Andrew L. Sharp
Attorneys for Defendant
**THE J.R. CLARKSON COMPANY LLC**

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 181 W. Huntington Drive, Suite 210, Monrovia, California 91016.

I filed and served the foregoing document described as: DEFENDANT THE J.R. CLARKSON COMPANY LLC'S RULE 7.1 DISCLOSURE STATEMENT.

<u>*VIA CM/ECF Notification System*</u>
Alan R. Brayton, Esq.
David R. Donadio, Esq.
James P. Nevin, Esq.
Nancy T. Williams, Esq.
BRAYTON PURCELL LLP
Attorneys at Law
222 Rush Landing Road
PO Box 6169
Novato, California 94948-6169
ddonadio@braytonlaw.com

Attorneys for Plaintiff(s)

<u>*VIA CM/ECF Notification System*</u>
All Defense Counsel Listed on PACER Website

☒ **(BY COURT'S CM/ECF SYSTEM)** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF systems, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list that is located on the PACER website.

Executed on **September 9, 2021**, Monrovia, California.

☒ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*Elona C. Conchas* (signature)

Elona C. Conchas

3:21-cv-06935-JCS

CERTIFICATE OF SERVICE

5326775 v1