ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
KIMBERLY J. CHU, ESQ., S.B. #206817
kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY KUNTZ, as Successor-in-Interest to and as Wrongful Death Heir of WILLIAM KUNTZ, Deceased; and ANNIE GRAYE, JENNIE MARTIN and SARAH THORNTON, as Wrongful Death Heirs of WILLIAM KUNTZ, Deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | No. 4:21-cv-06935-JSW<br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |

**IT IS SO ORDERED**.  Plaintiffs' complaint in this action is dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party shall bear their own costs.

Dated: May 31, 2022

By: _Jeffrey S. White_
Jeffrey S. White
United States District Judge

1
ORDER GRANTING DISMISSAL WITHOUT  PREJUDICE OF ENTIRE ACTION